E-FILED
Friday, 17 February, 2006  01:54:26 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

CHRISTOPHER JOSEPH CAHILL

WAIVER OF INDICTMENT

CASE NUMBER: 06-40004

FILED
FEB 16 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, __Christopher Joseph Cahill__, the above named defendant, who is accused of

Major Fraud against the United States in violation of 18 U.S.C. § 1031

being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive

in open court on __February 16, 2006__ prosecution by indictment and consent that the
                        Date

proceeding may be by information rather than by indictment.

s/Christopher Joseph Cahill
Christopher Joseph Cahill
*Defendant*

s/Edward M. Chernoff
Edward M. Chernoff
*Counsel for Defendant*

Before   s/Michael M. Mihm

Michael M. Mihm
United States District Judge
*Judicial Officer*