IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 06-40004 |
| | § | |
| CHRIS CAHILL | § | |

## SENTENCING MEMORANDUM AND ARGUMENT

Chris Cahill will stand before his Honor for sentencing on August 30, 2006. The Pre-sentence report does an admirable job in describing in detail the specifics of the offense committed by Mr. Cahill. The report also gives a skeletal description of Mr. Cahill's life circumstances and family situation. However, it leaves his Honor very little information about who Chris Cahill truly is.

Our lives should not be measured solely by the mistakes we make. The effect we have on other people's lives is what makes up our legacy.  As such, we should be judged by the totality of choices we make, not on one business decision.  His Honor has seen many people before him who have chosen to forfeit parts of their freedom for the sake of greed, anger, irresponsibility and lack of respect for mankind. If it is altogether proper that an individual's criminal history be taken into consideration when sentencing decisions are being made. It is also appropriate to consider one's personal history, especially when it conflicts to a large degree with what they have been charged. Chris Cahill is 41 years old. With the exception of one uncharacteristic decision, he has lived the impeccable American life.

He comes from good stock. His Grandfather was a decorated US soldier in WW II. His father spent 30 years in the United States Navy. Chris was a boy scout and an altar boy. He was Captain of his High School baseball team. He attended Elon University, where he graduated Magna Cum Laude. He earned an MBA from the University of North Carolina, while holding down a career and taking care of his wife, Sharon and son, Joshua. Later,  Sharon and he had another son, Jacob. Although divorced in 1999, he never failed to provide for his family. He never failed to maintain a positive force in his son's lives. I request that his Honor please read the letters attached to this Memorandum from Mr. Cahill's mother, Barbara, his ex-wife Sharon and his two oldest sons, Jacob and Joshua. Years later, after the divorce from Sharon, Mr. Cahill married Ana Zele, who already had a three-year old son, Ryan. Unlike other fathers who commonly refuse to take responsibility for raising their own children, Mr. Cahill has been helping Ana raise her son for the last six years. In the interim, they had a daughter, Courtney. Attached to this Memorandum is a letter from Ana Cahill explaining to his Honor how she feels about her husband's sacrifices.

If the measure of a man is to be judged by how he handles the times of crisis, then Chris should be recognized. When his father died in 1999, it was Chris who became the de facto leader of the family, seeing to it that his mother was taken care of emotionally and financially. When his oldest brother, Jim, was committed to a mental facility in 2001, it was Chris again who arranged the particulars, counseling Jim's wife, and making the decision and arranging the logistics needed to move Jim back home with family.

In the summer of 2004,  Mr. Cahill was diagnosed with an aggressive and malignant form of cancer known as Sarcoma. Mr. Cahill was forced to fly back and forth

2

from his post in Dubai to North Carolina for treatment. In the midst of radiation treatment, his employer EGL Worldwide, faced with the revelation that they had over billed the United States for delivery services, fired Mr. Cahill. Mr. Cahill got the news while lying in his hospital bed. (Attached to this Memorandum is a letter from Dr. Hong Kim, Mr. Cahill's attending physician, describing the illness and his prognosis.)

Then, and now, the company placed the blame for the over charge solely on Mr. Cahill's shoulders. It would have been understandable if he had given up. However, sick, faced with mounting medical bills, without income, and responsible for the support of four children and a wife, Mr. Cahill picked himself up. With characteristic optimism he continued his treatment, and battled the cancer to the point of remission. In the meantime, despite having to move his family twice; once to Katy, Texas and then to Las Vegas, Nevada, and despite having the threat of prison interrupting his obligations to his family and job, he obtained employment with Sense Intellifield LLC, where he became a project manager consultant. Sense Intellifield knows full well of his legal situation, but the company is standing by him. They consider him a valuable and ethical employee. Attached to this Memorandum is a letter from William Chmela, General Manager of Sense. The company stands ready to provide him full time employment if Mr. Cahill's legal responsibilities do not interfere with his availability.

If the measure of a man is to be judged by the friendships and associations he makes in his lifetime, then Mr. Cahill should be admired. In addition to the letters from family attached to this Sentencing Memorandum, are letters from friends and business colleagues. I respectfully request his Honor take his time with the letters. They share a common theme. Chris Cahill is a man who has made a positive contribution to people's

lives. In a world where friendships are transient and loyalty depends only on whether it benefits the giver, almost forty people, unrelated to Chris, with nothing at all to gain, sat down and took the time to explain to his Honor why they believed Chris should be treated with mercy.

The people who wrote these letters paint a picture of a man who has led a decent, productive and loving life. In addition to his family, who obviously cherish him, he has cultivated friends who have vowed to support him through these most trying of circumstances. He has built a reputation in the worldwide business community, not only as a man of strong and ethical character, but also as an inspiration. I ask his Honor to consider the type of man who encourages such admiration.

If the measure of a man is to be determined by how he responds to his mistakes then Christopher Cahill should be recognized. Chris Cahill has never attempted to hide from the wrong decision that led to this criminal conviction. Unlike other parties in this case, he immediately took responsibility. Despite the terrifying threat of prison, he pled guilty without forcing an indictment and without the benefit of jury trial.

Upon being made aware of the accusation, he immediately flew to Rock Island, Illinois and met with Assistant U.S. Attorney Jeffrey Lang, FBI agent Jeffrey Jackson and Special Agent James Francis of the Department of Defense. Candidly and without reservation he explained to the Government in detail the circumstances surrounding EGL's over billing. He became an integral part of the government's case. He was informed that the investigation was continuing and was asked to remain available to the Justice Department. He agreed to help then and stands ready to this day. Both FBI agents

have his personal cell phone number. They will tell you that Mr. Cahill is only minutes away.

Chris Cahill does not view himself as special and knows he must be punished. However, each transgression should be punished in proportion. Although the Pre-Sentence report suggests an offense level of 23 with a guideline range of 46 to 57 months, his Honor only has the obligation to view such recommendation as advisory. Further, counsel has been told by Jeffrey Lang that he will file a motion recommending a downward departure under Section 5K1 of the US Sentencing Guidelines. At the risk of being repetitive, counsel would respectfully like to again remind his Honor the extent of Chris Cahill's culpability.

Chris' decision to implement the "surcharge" in this case was not done haphazardly. Nor was it done with the intent to steal from the government. Besides being regional vice-president, Chris was in a unique position to gauge the threat facing EGL. After September 11, 2001 and prior to the war in Afghanistan and Iraq, he toured the potential war zones and scouted the positions where he believed EGL could provide the safest and most efficient service to the US Government. Mr. Cahill was therefore well aware of the risk to his company. It should be remembered that the only other company, besides EGL, who was ready and willing to deliver goods to Iraq in support of the government's war effort was DHL. One of DHL's planes had been shot down in November 2003 while attempting to land at Baghdad International Airport. DHL was equally as sensitive to the new risk and had also begun charging more for its delivery services. However, DHL was independently insured and so was blessed with an actual reportable expense under its cost plus contract. The risk to both companies was identical,

but only one was quantifiable. In fact, if one of the contracting parties had not been the United States Government, counsel submits to you that Mr. Cahill's actions might have been the basis of civil litigation, but certainly not grounds for a criminal prosecution.

When he made the decision to implement the war risk "surcharge", it was not an unreasonable business decision. It was, however, illegal, because he attempted to justify it by using a fraudulent letter from one of his transportation sub-contractors. As the region's Vice President, the decision to charge the additional amount was Chris Cahill's alone. The implementation of the "surcharge" began on November 22, 2003 after a single email from Chris to EGL's World Headquarters, directing the additional .50-cent charge per kilogram delivered. However, the decision to stop charging the "surcharge" was inexplicably outside Mr. Cahill's authority. On December 24, 2003, barely a month after it's implementation, he notified EGL's world headquarters that the risk requiring an increase in fees had eased and the additional "surcharge" should no longer be billed. The traffic going into Baghdad had reduced dramatically as a result of the downed plane, so the additional amount billed to the United States at the end of December was barely $50,000.

It was July 2004 when Chris Cahill noticed that his directive to stop billing the "surcharge" had been ignored. He warned management of the problem and recommended that they fall on their sword, admit their mistake and pay back the United States. However, Mr. Cahill was ignored. Only after the government began an audit of charges made by EGL, did the "surcharge" stop. By then the damage had exceeded 1 million dollars. It must be noted that Chris Cahill's only reward for the company collecting an additional 1.14 million dollars under its government contract was loss of his job.

Ultimately the United States was compensated for the over charge when EGL paid 4 million dollars in restitution and fines.

In determining the proper guideline range, the Probation department calculated the sentencing range by taking into account the total loss to the United States. It was proper for them to do so, since it was at least *possible* for Chris Cahill to foresee such a result. There can be no doubt that the ball started rolling with Mr. Cahill's decision to begin implementing the "surcharge". However, we humbly suggest that for purposes of sentencing, it would be proper for his Honor to consider the fact that Mr. Cahill attempted to stop the ball rolling on at least two occasions. If Mr. Cahill's initial order to stop had been followed, the loss would have been $50,000 and the recommended sentencing range would be in the 12 - 18 month range.

Respectfully and humbly, we suggest that even without the government's assistance with a motion for downward departure and irrespective of the information presented to his Honor regarding Mr. Cahill's past accomplishments, 46 months in prison would be disproportionate punishment for his actions. Mr. Cahill presents no threat to the public. If anything, he only has the potential to serve the public in positive ways. Throughout his entire life he has not sought to harm anybody. He has tried to be a good student, employee, father and husband. A shocking prison sentence would do no more to dissuade others from making the same mistake Mr. Cahill made than what the government's prosecution has already done to him and his family.

On behalf of Mr. Cahill, his family and friends, counsel respectfully asks that his Honor take into consideration all that has been presented in this Sentencing Memorandum and sentence Mr. Cahill with compassion. If Mr. Cahill were to be

sentenced to a term of imprisonment less than 12 months, he could continue his employment and support his family. The government has already been thoroughly compensated for its loss, and the chilling effect of its prosecution has more than succeeded in dissuading others like Chris Cahill from making similar mistakes. Further, in the event his Honor sentences Mr. Cahill to a term of imprisonment, we ask that his Honor consider allowing Mr. Cahill to serve all or part of his time in a half-way house near his family.

Respectfully Submitted,

Edward Chernoff
1018 Preston, Suite 200
Houston, Tx. 77002
713-222-9141
713-236-1886 Fax
emchernoff@houstoncriminallaw.com

Attorney for Defendant

8

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Sentencing Memorandum and Argument was mailed certified to Kerry Walsh, U.S. Probation Officer, Rock Island, Ill. 61201 and Assistant United States Attorney Jeffrey B. Lang, 1830 Second Avenue, Rock Island, Il. 61201.

Edward M. Chernoff

21 August 2006

**Hon. Michael M. Mihm**
**United States District Judge**
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria IL 61602

Dear Judge Mihm:

In anticipation of my sentencing hearing scheduled for 30 August 2006 at 0900, I am writing to you to provide some personal comments on this matter. The situation that I now find myself in has been a nightmarish experience for my family and I. It started with a momentary lapse in judgment and escalated to this point due to actions taken by others in my former company, who to my knowledge have avoided any legal penalties. In short, the bad decision that I made in late November 2003, has caused me to lose a 20-year career, two high profile positions, and two significant and painful relocations for my family. My children have endured school changes, disruptions in friendships and unknowable personal trauma. My wife and I have endured months of stress and anxiety in anticipation of the sentence to be imposed. We as a family have truly suffered emotionally and financially throughout this ordeal. While we are nervous beyond words regarding the sentence, we are anxious to try and rebuild our lives and try to put this behind us. In some ways, carrying a felony conviction is a lifelong sentence in itself. This mistake, which never benefited me financially or professionally, has caused nothing but pain and suffering in our lives. I am truly sorry for this lapse in judgment, I apologize to my family, to the United States Government and to the taxpaying citizens of the United States of America.

For almost 10 years, I was involved with LOGCAP. I was proud to be a part of supporting the U.S. Military in hostile areas. For most of that 10 years, I traveled to these areas to better understand the conditions on the ground, to have better knowledge and better ability to plan logistical movements and overall to provide the highest levels of service in these difficult conditions. I personally traveled to Croatia, Bosnia, Albania, Kosovo, Macedonia, Afghanistan, Uzbekistan, Kuwait and Jordan. I took a personal interest in managing the details of servicing these large scale operations for many reasons, mostly because: a) I believed that it was good business for my company, b) I thought it was a valuable service in support of our military and c) because I believed it to be patriotic. Now that work, dedication and commitment is lost in these circumstances.

In my personal and professional life, I strive to be a good person, to treat all people with respect, to treat people fairly and to earn the respect and appreciation from family, friends, colleagues and clients. I have 3 children of my

own and 1 step-son. I love them all dearly and try to be an example to them. Even in this situation, I have explained (to the older ones) that bad decisions have consequences and sometimes those consequences are severe. I have told them throughout their young lives, that mistakes are okay, provided that we learn from them and use them as tools for self improvement.

My wife, Ana, has been a tower of strength during our seven-year marriage. In the past 2 ½ years, we have faced my diagnosis of cancer and subsequent treatment along with this legal ordeal. She has not faltered in her support of me and conviction that love will see our family through this.

I hope and pray for grace, understanding, patience and forgiveness. I look forward to an opportunity to rebuild what has been lost in these years and for my wife, children and loved ones to be safe, healthy and have peace in their hearts. The worst sentence, has already been imposed – that for the rest of my life, I will live with the pain of having made poor decisions that have cost my family so much and potentially so much more still.

Sincerely,

Christopher J. Cahill

August 21, 2006

To: The Hon.Judge Michael Mihm:

This letter is an attempt to describe the kind of man that Chris Cahill has been and continues to be today. I am Sharon Cahill and I was married to Chris Cahill for 10 years. I met Chris when I was attending my cousins wedding in 1989 in Asheville, NC. He was one of the best men in the wedding and my sister happened to be coordinating the wedding so I asked her to make sure he escorted me down the isle and…he met all of my relatives right away and they all fell in love with him and then I met all of his relatives and .that was the beginning of our marriage

I was attracted to Chris because of his sweet smile and genuine personality. You never caught Chris without a smile on his face and he enjoys having conversations with everyone. He has always been considerate and thoughtful of others and therefore has always had lots of friends. He has 3 brothers that have always looked up to him all of his life. He holds that born leader quality.

In our marriage together, we had 2 wonderful boys..Josh is now 16 and Jake is soon to be 13. They have grown up to be wonderful young men. The values that Chris and I taught them when they were young have definantly paid off today. They are both active in school sports. Josh is on the High School Varsity Golf team and Jake is playing his first year Junior High football at Memorial Parkway Junior High School. They are both very good students making all make A's and B's. Josh is now looking into what colleges he may want to attend when he graduates..

Chris and I held high level positions in Corporate America but always made sure that the boys came first. Family was most important to us. We worked hard to make s.re the kids lived in a friendly, safe neighborhood in an exceptionally good school district. During holidays and summers, we traveled a lot to visit family members to ensure that our kids were very close to our extended families . There is a lot of family support amongst us even today.

Although Chris and I are divorced today, we still remain very close. We have always ensured that there were never any unkind words said to our children about one another and we do our best to all remain close and keep each other informed about whats going on in the kids lives..

I really can not say enough kind things about Chris. He is a good man with a good heart. He has always been that way.

The boys and I love and respect their dad very much!!

Sincerely,
Sharon Cahill

August 16, 2006

Dear Judge Mihm,

My name is Ana Cahill. I am Christopher Cahill's wife. I am writing this
letter to you because I want you to know what a wonderful husband, father
and person Chris is. We have been married and together for 7 years and we
have a very blessed blended family. Together we have 3 boys and 1 girl.
Chris has 2 sons from his first marriage. Joshua and Jacob. I have a son
from mine, and that is Ryan. And together we share a daughter, Courtney.
Because we are a blended family we have always had to share
responsibilities with our former spouses. Chris has a great way of always
making sure the kids come first. He is a wonderful role model for me as a
parent and for his children. When we lived overseas Chris was involved in
every aspect of Josh and Jakes lives. He kept in touch with all their teachers
via email and kept a close eye on grades and behavior. Josh and Jake would
visit us several times a year. Those were the best. We always had
wonderful family time. Ryan is very close to Chris. He is always there to
sit with him, read to him, do homework with him and at times disciple him.
Ryan loves him as if he was his biological father and I know how special
that is. Courtney is our daughter that is only 3. He is so very tender with
her. Reading her books daily and taking her to Carvels ice cream 4 times a
week (just the 2 of them) are very special times for her. Our kids are very
lucky to have such a devoted and loving father.

Chris and I have a strong marriage. We have a loving relationship with each
other and our children. Chris is a very respectful husband with old
fashioned values. He is a sensitive and caring man who places me on a
pedestal. As a husband he is selfless in his consideration for me. He opens
doors for me, helps me around the house while balancing his time between
the kids and work. All we want is to live a good life. Have our children go
to college, work hard, love god and family.

Chris is a good person. His qualities and loyalties are like no other. I have
never seen one person be so liked and admired by his friends and co
workers. Especially by the people who have worked for him. I have seen
this first hand since this mess started in our lives. He has always treated the
people who worked for him with the utmost respect, and even respectful of
those who he has parted ways with. His career is something that he has
worked hard for all his adult life and now it is a career hurt beyond repair.

With evil slander and vicious rumors that have no validity, it has been a sever price to pay for this.   This family has been through so much.   We have survived cancer, relocations, job losses, financial hardships and reputation. Judge Mihm, I pray that you will find compassion in your ruling.   God bless my family.

Respectfully,

*Ana Cahill*

Ana Cahill

To Whom It May Concern:

This is a letter to talk about how my father has influenced my life . My dad has done a lot of things for me. I have played baseball from when I was 4 to when I entered high school. My dad was at every single game that I played in and also every game that my little brother plays in. He still has not missed a single game that my little step brother has played. He supported me through all of my sports activities as well as my grades in school. We play a lot of golf together and he is really good. I made the High School Varsity team and I know it is because he taught me how to play. We enjoy doing a lot What I am trying to say is that he has always been there for us. My dad has 4 kids, who are me which is 16, my brother who is 12, my step brother who is 9, and my half sister who is about to turn 4. He is a great dad and he has a lot of people that love him including me.... I love you dad!


With Much Love...

Your Beloved Son,

        Josh

Dear Judge,

     My name is Jake Cahill; I am the son of Chris Cahill. My dad is a really good man .I'm no motivational speaker or anything but I do know he is a good man and a good dad. I'm only 12. ill turn 13 in October and I wish for him to be there for my birthday. I know I didn't write a lot cause there's nothing to say about my dad all you need to know is that he is probably the best dad in the world. I also wish that he was there when I try out for golf cause he's the only person who can motivate me enough to do what I can do.

Thank you for your time reading my letter......

     Sincerely,
         Jake Cahill

Anna Marie Quinlan
30 Primrose Dr.
New Hyde Park, NY, 11040
August 15, 2006

Your Honor,

I am aware that you will be reviewing the case of Mr. Chris Cahill.
Chris Cahill is my nephew and of course I have known him his entire life.
He has always been a source of pride to our family. For that reason I chose
him to be the godfather of one of my own children. During Chris' youth he
spent a great deal of time in my home. He was a young man to be trusted
and had the ability to share in our family life. My husband and I were always
happy to have him in our home.

As a young adult he continued to be a person of integrity. He treated his
family with respect and concern. He regularly brought his own children to
our home. We were again happy to be with him. Our friends and family
were comfortable with him and he always brought good humor and kindness
with him. People felt at ease with him. He would always answer the
questions and queries of his aunt (me) with grace and respect for his aunt.
He was grateful for the good in his life and was willing to accept the hard
things that come into everyone's life.
In his personal life he seemed to look for the positive in whatever came
along. His recent battle with cancer was evidence of that.

I hope that you will look upon this man with justice and temper it with
kindness knowing how many of us will be affected by your decision.

Sincerely yours,

Anna Marie Quinlan

Anna Marie Quinlan

March 21, 2006

Judge Michael Mihm
203 US Courthouse
211 19th Street
Rock Island, IL  61201

Judge Mihm,

I am respectfully writing you today on behalf of my brother, Christopher J. Cahill.

While I am positive that you will receive many letters regarding Chris and the good things he has done and the people that he has touched, I would like to point out one thing and only one thing: his honor.

During the entire time that this situation has gone on Chris has not complained once. Other people would have faltered long ago. Chris was on radiation treatments when he discovered the company's billing errors. And after his surgery he returned to Dubai. Never had he asked why this was happening to him. After he returned to Houston, he was terminated in a highly unprofessional manner. Yet, he never complained. He has lost his current job and faces jail time, he has uprooted his family and yet he remains an honorable man.  I believe that when he entered his guilty plea weeks ago, that he did so with honor.  Chris admitted his guilt in the matter and has stood by his role in it.  He has made every attempt to do what his company and his country had and has asked of him.

For this single characteristic, I ask that you show mercy on him with a reduced sentence.

Thank you for taking the time to read this letter.

Sincerely,

John E. Cahill
Chris's Brother

19 July 2006

Hon. Michael M. Mihm
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria IL 61602

Re:  Sentencing of Mr. Christopher Cahill

Dear Sir,

My name is Grace Lankowski. I am Chris Cahill's "step-grandmother". When I first met Chris, he was engaged to my "step-granddaughter", whom I love dearly. I knew even then (although I may not have fully realized it) that Chris was a good man. Through the years, I have seen Chris prove my first impressions. He is honest, generous and a very genuine man. He has proven to be a loving husband and a wonderful hands on father to his children – who absolutely adore him. Yes, he made a mistake, one he is suffering for and has been this past year. His and his family's hearts are broken at the worry he could be sent away from them. At 41 years of age, who hasn't made mistakes. Yes, he knows it was a wrong decision, not to convenience himself but his company. And this past year he has suffered for it.

Please do not destroy this good man further.

Sincerely,

*Grace Lankowski*

Grace Lankowski

Cc:  Ed M. Chernoff, Esq.

**E-FILED**
Monday, 13 March, 2006  11:18:09 AM
Clerk, U.S. District Court, ILCD

**FILED**

MAR 1 3 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Judge Michael Mihm
203 US Courthouse
211 19th Street
Rock Island IL 61201

7 March 2006

Dear Judge Michael Mihm,

I am writing on behalf of Chris Cahill, my second cousin, to request leniency as you prepare to sentence him.

I've known Chris Cahill and his family since my own childhood. I can tell you that they are a loving, happy family and were always polite and friendly together when I was with them. Towards our aunts and uncles Chris showed respect and a fun-loving willingness to engage with them that not all kids and teenagers have.

As I understand it, Chris acknowledges his wrong-doing. Although we haven't seen each other in a few years, I can only imagine that his actions stemmed from the extraordinary circumstances facing him. It was a difficult time and he was far from home. Perhaps, had his family been closer by, he would have made other, better decisions.

Whatever may have happened recently, Chris has a solid, loving family group around him that will, I'm sure, support him in his efforts to rehabilitate and carry on with his life.

Thank you for your consideration.
Yours,

Thomas K. Stevens
620 East 6th street #20
NY, NY 10009

To: Judge Michael Mihm                                                    5/08/06
203 US Courthouse
Rock Island, Il 61201

Your Honor,

     We are writing this on behalf of our son in law Christopher Cahill. Christopher is a kind individual with excellent family values who holds his family and friends in high regards. He is a respectful and well educated individual with high ethics and morals who is loved and respected by all who have the privilege of knowing him. He is a man of faith and has an optimistic and positive attitude towards life. He is a loving husband and father who balances family relationships in the most admirable way. We have the deepest respect for all aspects of his professional and family life.

     Chris adores his children Josh (15), Jake (12), Ryan (9) and Courtney (3). Despite the distant relationship with his two sons Josh and Jake he has always made it a priority to keep communications with them on a daily basis. He is involved in all aspects of their lives including school, extra curricular activities and their social affairs. He makes every attempt to visit with his sons as much as possible and makes a conscious effort to let them know that he will always be there for them. Our grandson Ryan loves his stepfather Chris because he treats him as if he were his own son. His youngest daughter Courtney adores her father who is her biggest hero. She waits impatiently for her father to walk through the door and can't wait for him to read to her. Our daughter Ana, his loving wife, is trying to be strong but is devastated by this entire situation. His two sons Josh and Jacob, as well as Ryan and Courtney admire him for being the model father figure that he is and that any child could ever wish for.

     Chris has always been there for his elderly mother Barbara and his three brothers. He consistently makes the point of spending quality time with them enhancing their close, loving relationship.

     The hardest thing that Chris has ever done in his life was to have to inform his family of this unfortunate situation. He is most humble by the manner in which his mistake in judgment has affected his family, his friends and his future. We know that Chris will accept the consequences of this case, however we are extremely concerned about the suffering that his potential separation will cause for his wife, children and all of us who love him. Ana and the children will be deeply affected with the impact of him not being a part of their life. We pray that Your Honor will take the facts mentioned in this letter into consideration when deciding Chris' fate. He truly is a great person with many outstanding qualities to offer society. His family needs him…

Respectfully,

*Wayne Lankowski*

*Neila Lankowski*

Wayne and Neila Lankowski

**E-FILED**
Wednesday, 05 July, 2006 08:54:03 AM
Clerk, U.S. District Court, ILCD

06-40004

Morgan Stanley

**FILED**

JUL 3 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Judge Michael Mihn

I am writing to tell you how I feel about my cousin, Chris Cahill. Chris is my cousin, my godfather, + my friend. Last year, my father died in a car accident. Ever since, Chris has been a support network for my whole family, even during the periods of his own personal/professional troubles.

The past 2 years have been extremely difficult, but Chris has been able to comfort me with his perspective gained through similar experiences. Chris' father also died 7 years ago + our brothers share similar bipolar disorders. Chris' advice + guidance has helped me reap the rewards of life, both professionally + personally.

I'll be getting married this July to Alyssa, my girlfriend of 5 years. We're both overjoyed to know that Chris we be there to celebrate this day with us!

Paul Quinlan



RENAISSANCE.
MELAKA HOTEL

604 Carlton Avenue
Brooklyn 11238 N.Y.
10 Jan 2006

Dear Judge Mihm,

"The quality of mercy is not strained.
It falleth from the heavens like a gentle rain."
How long ago and far away, now, that courtroom of Will Shakespeare's creation where Shylock and Portia once matched wits. Here and now, after much deliberation of my own, I am writing to support the plea for clemency in the case of my nephew, Christopher Cahill.

Chris' Mother is my younger sister. I joined the whole of our family in welcoming him at his birth. Over the years we have cultivated and enjoyed a warm and close relationship. I knew him as a thoughtful, understated lad who did well at academics as well as baseball. I was a witness at his first marriage, shared his joy at the birth of his two sons. The difficulties inherent in this relationship eventually led Chris to seek a divorce, but only after serious

JASON RENAISSANCE, 75-100 MELAKA, MALAYSIA (60) 6 2848888  FACSIMILE (60) 6 2849249

efforts to the contrary. In one season or another a new
wife, a woman with whom he shared an exciting period of
an increasingly successful career in international business.
Many a Sunday morning, I'd be making a very long distance
call to keep in touch with this nephew who distinguished
himself for devotion to family, for prudent engagement with
the risks of his business, for a certain joy in living in some
far flung corner of our world. At one point, during his stay
in Dubai he even took on the duties of a Sunday school teacher
at the local Catholic church. While he was abroad, I was im-
pressed by the diligent involvement he carefully maintained
with his two sons.

The past 30 months have been nothing less than a
mentor for Chris. He was diagnosed with a serious cancer &
underwent major surgery. As his recovery was proceeding
most positively, he came to be dismissed from his positi
with Cagle. With characteristic resilience Chris wasted no
time in self-pity. He found a new job and made a go of
it until the fall out from this indictment caused a seco
termination. Undaunted he is currently working once again
as he continues to exercise his commitment to his family
and their well-being. Concomitant with all this externa
drama, Chris has not shrunk from a probing self scrut
He has shown his strength in owning responsibility for
his actions and their consequences. I also believe he has



RENAISSANCE.
MELAKA HOTEL

found new meaning in the faith into which he was baptized.

As a patriot and a tax payer, I surely want corrupt business practices to be brought to judgment and justice. As an Uncle and a fellow traveller in the journey of Christian faith, I pray for another chance for Chris, for another opportunity for him to use the fruit of his self-reflection and interior growth, to conduct his life with a renewed commitment to ethical behavior. This present crisis is indeed a trial by fire. Such flame may purge ore of dross or simply be a raging conflagration. I see that my nephew has emerged, thus far, chastened and possessed of deeper understanding. I appeal to your exercise of judicial power to extinguish the flame but fruitless immolation and smoldering ruin be the significant result of this case.

Yours truly,
Joseph A. Picciano

JALAN BENDAHARA, 75100 MELAKA MALAYSIA (60) 6 2848888  FACSIMILE (60) 6 2849269

Your Honor;

I have anticipated writing this note, on
behalf of my son, Chris, for quite sometime. I've
turned many thoughts thru my mind to let you
know how I feel about him. I finally decided
just to express it short and simple, I know
him dearly, more than words can say.

He has been a strong and wonderful son
to me. Thru his father's death, he was very supportive
and showed much concern for my well being.
He also helped us with many of the legal matters
that needed to be settled upon his death. Though he
has traveled and lived in various places, he
has always maintained a close relationship in
our relationships, and afforded us the
opportunity to visit with him and his family.

His youngster, Chris's great aunt, and I

listening, talking and sometimes crying for them in their time of need. Often he has not merely be their brother but a friend and confident.

He also has been a loyal and good friend to many. Chris keeps up with friendships he started in grade school thru college. I know he va their friendships. Occasionally someone will call the house for his number, just out of the blue. Even people in the neighborhood still ask for him and remember what a good guy he was and is.

Please take in account his health issues and emotional stress that he has endured over the past year.

Be merciful and just to him. Thank You

Sincerely,
Barbara Cahill

# HOFSTRA UNIVERSITY



JAMES M. SHUART, PRESIDENT EMERITUS

Hon. Michael Mihm                                        March 28, 2006
203 U.S. Courthouse
211 19th Street
Rock Island, IL 61201

Dear Judge Mihm:

Mr. Christopher Cahill, who stands before you for sentencing, is my deceased
sister's grandson.  Since I am the only surviving member of her generation, it falls to me
to express the legacy received by Chris from a deeply religious family with an
unblemished record of loyalty and integrity.

I feel obligated to share with you my belief that Chris's mistake in breaking the
law, his first and only crime, was totally out of character for him.  I believe with all of my
heart that he has not abandoned his personal morality or his social and family values.
What he did was illegal, but I do not think there was criminal intent.  Chris accepts that
he must pay for his serious lapse in judgment.  I know he is contrite and will work hard to
atone for his error.

Chris is a young father who was carrying the responsibilities of his generation
very well until this unfortunate incident.  I know he must pay a penalty for his
indiscretion, but I hope you will view the case with as much leniency the law will allow.
Chris is a good person who has already paid dearly for his mistake.  He is also a young
man with potential, not only for rehabilitation, but also to make a real social contribution
as father and citizen.  Please do not be harsh in your judgment for the sake of his family
and friends who love him dearly.

As an educator, I beg you to decide this case in terms of future potentials weighed
fairly against the need for legal retribution.

Thank you for the opportunity to express my support for Christopher Cahill.  He
made a serious mistake, but he is a good man who admits his error and is eager to make
appropriate amends and to resume his place as a loyal and productive citizen.

Sincerely yours,

James M. Shuart

111 CHERRY VALLEY AVENUE, M35  •  GARDEN CITY, NEW YORK  11530
(516) 747-0833  •  ~~EMAIL: (516) 463-5162~~

Saint Ignatius Convent
719 West Penn Street
Long Beach, New York 11561

April 23, 2006

The Honorable Michael Mihm
203 US Courthouse
211 19th Street
Rock Island, IL 61201
Dear Judge Mihm:

As a Sister of Saint Dominic, Amityville, Long Island New York I have been in contact   with young people for the past fifty - two years. Thirty- six of those years were spent as teacher and Principal on the Elementary Level, two as an adjunct Professor in College and presently in Campus Ministry. During my career I have had the opportunity to observe and discern character.

I have known my nephew Christopher Joseph Cahill since the day he was born and have watched him mature into a fine young man of impeccable character. Christopher has never given us any cause to be ashamed or embarrassed as he made his journey in life. In all his dealings with society he has only brought pride and joy to the family. He excelled academically, became a Life Scout and was a fair and just athletic coach. Christopher was never greedy or aggressive. He became successful through hard work that began as a dispatcher for a trucking company and slowly worked his way up the ladder. These are the traits that were instilled in him by his parents, my brother and sister-in-law John and Barbara Cahill. These too, are  the traits that Chris as a loving father is trying to instill in his own children.

I realize fully that as the Judge you have more information than I but please take into consideration the character of this young man when it is time for the final sentence. Be assured that you and all concerned in this case will be in my prayers and the prayers of Sisters of Saint Dominic.

Sincerely,

Sister Joan M. Cahill, O.P.

cc: The Honorable Edward Chernoff