**E-FILED**
Friday, 25 August, 2006  11:26:42 AM
Clerk, U.S. District Court, ILCD

Saint Ignatius Convent
719 West Penn Street
Long Beach, New York 11561

April 23, 2006

The Honorable Michael Mihm
203 US Courthouse
211 19th Street
Rock Island, IL 61201
Dear Judge Mihm:

As a Sister of Saint Dominic, Amityville, Long Island New York I have been in contact   with young people for the past fifty - two years. Thirty- six of those years were spent as teacher and Principal on the Elementary Level, two as an adjunct Professor in College and presently in Campus Ministry. During my career I have had the opportunity to observe and discern character.

I have known my nephew Christopher Joseph Cahill since the day he was born and have watched him mature into a fine young man of impeccable character. Christopher has never given us any cause to be ashamed or embarrassed as he made his journey in life. In all his dealings with society he has only brought pride and joy to the family. He excelled academically, became a Life Scout and was a fair and just athletic coach. Christopher was never greedy or aggressive. He became successful through hard work that began as a dispatcher for a trucking company and slowly worked his way up the ladder. These are the traits that were instilled in him by his parents, my brother and sister-in-law John and Barbara Cahill. These too, are  the traits that Chris as a loving father is trying to instill in his own children.

I realize fully that as the Judge you have more information than I but please take into consideration the character of this young man when it is time for the final sentence. Be assured that you and all concerned in this case will be in my prayers and the prayers of Sisters of Saint Dominic.

Sincerely,

Sister Joan M. Cahill, O.P.

cc: The Honorable Edward Chernoff



21 April 2006

Judge Michael Mihm
203 US Courthouse
211 19th Street
Rock Island IL 61201

Dear Sir,

I write in reference to Chris Cahill, a friend I have known for almost eight years. During a good portion of that time, Chris was also a parishioner of mine at CrossPoint Community Church in Katy, Texas. We shared many lunches together, golfed, and spent a good amount of time simply talking. I got to know much about Chris as a father, husband, and individual.

Throughout that time, at every turn, I found him to be a man of integrity. He demonstrated genuine concern about others and was gracious almost to a fault. As I counseled him through a number of situations, he repeatedly focused on doing what was right, even if it meant sacrificing himself or his interests. I enjoyed our friendship in large part because his values matched with mine very well. He is an honorable man whom I trust and continue to call 'friend.'

Yours Truly,

Bill R. Woolsey
Sr. Pastor
CrossPoint Community Church
700 S. Westgreen Blvd.
Katy, Texas  77450

**CrossPoint Community Church**
700 S. Westgreen Blvd. Katy TX 77450 | voice: 281-398-6464  fax: 281-599-9446 | www.crosspt.org



**SENSE Intellifield, The Americas**
11757 Katy Freeway, Suite 1300
Houston TX 77079
USA

Telephone        281-854-2080
E-mail      ussales@intellifield.no
Web         www.intellifield.no

Judge Michael Mihm
203 US Courthouse
211 19th Street
Rock Island IL 61201

Via

ED CHERNOFF
Republic Building
1018 Preston
Suite 200
Houston TX 77002

Our
Ref:     Cahill

Date 30/7 2006

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Dear Judge Mihm

I am writing this letter as a character reference for Christopher Cahill. I have known Chris professionally for 10 years. While I was President and General Manager for READ Well Services for 6 years, Chris handled all international and domestic shipping for us. He was always fair, ethical, and professional.

Currently, I am working as General Manager for Sense Intellifield, llc and have recently contracted Chris part time as a project manager for the construction of advanced collaboration facilities. Again, Chris is acting in a fair, ethical, and professional manner.

I am aware of the situation Chris is in now, including his guilty plea. I believe that Chris is of strong moral character and I believe that his current situation must be the result of a brief lack in judgement that he regrets.

Sense Intellifield is currently growing and I would have no problem offering Chris a full time position ....... dependant on his future legal commitments and availability. He would be a strong trustworthy asset to our organization.

Yours Sincerely,

William R. Chmela
General Manager
Sense Intellifield, llc



Chris Cahill thought me sales and marketing of cargo at international level. He likes his job and would put in everything to satisfy his employers and customers. He likes challenges and did prove by hard-work and innovations in his places of work that he is a future business leader.

He is a good man, very broad-minded, and well respected in the international cargo industry. He strives to ensure the profitability of his employer at all times even at his own expense. He is the best American that I have met and worked with in the past 5 years. I am very sure that many of his former colleagues at work will testify to his hard-work and honesty if they have the opportunity to do so.

During his visit to Nigeria Chris proved how happily married he is by speaking with his family at least twice daily. He is so proud of his family that wherever his office is the picture of his wife and kids would be displayed.

My Lord, I have come to understand and respect America as a nation that rewards honesty and hard-work, two virtues that I find in my friend, and on which basis I write you this letter humbly pleading with you to, tamper justice with mercy.

Yours sincerely,
**CENOUXS Logistics Ltd.**

**Chima Polly Ubechu**
CEO

Jeffery L. Grogan, Jr.
16607 Torrington Court
Spring, Texas 77379
Mobile: 281-705-1777

The Honorable Judge Michael Mihm
**203 US Courthouse**
211 19th Street
Rock Island, IL  61201                    Via Fax:  713-236-1886

**Subject:     Christopher J. Cahill**

Dear Judge Mihm,

Chris Cahill hired me in October 1998 as an Account Executive for Circle International, which was later acquired by EGL Eagle Global Logistics.  I worked in several capacities both along side and in subordinate positions to Chris.

My association with Chris has benefited by career.  I learned a lot from him about managing client relationships, value creation, and honesty.  Chris instructed me on how to manage people and how to help my employees succeed in their careers.  He is an excellent motivator, and is an inspiration to those who work with him.  He is not infallible, but he demonstrated to me each and every day how to strive for excellence.   The lessons I learned from Chris have greatly contributed to my professional and personal successes.

I trust Chris.  He has always been a person that could be counted on no matter the circumstances.  I wish he and his family all the best in this time.  Should you like to contact me personally, my mobile phone number is listed above.

Best regards,

Jeff Grogan

L. Watson
100 E Stony End Place
The Woodlands,
Texas 77381

February 24, 2006

Judge Michael Mihm,
203 US Courthouse,
211 19th Street,
Rock Island,
IL 61201

Reference Christopher Joseph Cahill

Dear Sir,

With reference to the above defendant, I am writing to voice my support for Mr. Cahill
and to try to provide you with some background on the defendant, as viewed by my
family and I.

Mr. Cahill and I were colleagues for several years and worked very closely together
whilst trying to develop business in our regions for our employer, Circle International
which latterly became EGL, Eagle Global Logistics.

During that time, although we were working in different areas of the World, I always
found Mr. Cahill to be honest, trustworthy and very capable in his role. He always put the
interest of the company before his own, and made many personal sacrifices for the
benefit of his employers.

Also during this period, my family and I had the chance to meet socially with Mr. Cahill
and his family, and we became friends along with maintaining our working relationship.

I hope that you will take this small token of support into consideration when reviewing
Mr. Cahill's case, as I truly believe that he is worthy of the support and has been a victim
of circumstances in this instance.

Yours truly,

Les Watson
Vice President Pentagon Freight Services



Beirut February 26th 2006

**203 US Courthouse**
**211 19th Street,**
**Rock Island IL 61201**

To the attention of the Honorable Judge Michael Mihm.

Your Honor,

I the undersigned, Mourad Aoun in my quality of CEO of Net Logistics sal, the exclusive agent of Eagle Global Logistics- EGL in Beirut, Lebanon, would like to certify my testimony and support on the integrity and moral values of Chris Cahill who will be standing in your court for sentence on May 26th 2006.

I have known Chris Cahill as the VP of the Middle East/India, responsible of my activity in Lebanon since 2002 until he left EGL in 2005. Being only an agent, Chris' relation with me should have been limited to a supervisory role only. But, Chris Cahill went beyond his described role and became a real Leader & mentor guiding our efforts of development & supporting us as an EGL office not only as an agent. This leadership relation turned into a real friendship despite the differences in culture and the business tensions that we had.

I have known Chris Cahill also as a friend, a family man, building his relation with the people around based on strong values of Honesty, Integrity, Courage and Transparency. Despite my excellent personal relation with him, we used to fight when I criticized his team; he always protected the people around him. However, I have learned through time that despite his aggressive protection he always made sure to correct their behaviors or actions. I personally think that today he is paying the price of his value of over protecting his team mates.

Chris Cahill is a man of faith, a great believer, a great survivor, when he went through his cancer fighting experience, I wrote to him trying to bring some comfort and courage to a man who is fighting for his life. I was surprised and impressed to see a man of faith, fighting his war of sickness with high morale and courage, he was more concerned about us continuing the business plans and not waiting for him to come back. He was a real Leader that you would look up to work with.

Despite the sentence that he could pay for his mistake, Chris Cahill is a man that would be always appreciated for his values and positive contributions that have clearly marked his past and will definitely mark his future.

I thank you for your attention and your consideration.
Sincerely,

Mourad Aoun
CEO
Net Logistics sal







Michael Scally
719 Amwell Road
Hillsborough , NJ 08844

# Memorandum

To:     Honorable Judge Michael Mihm
        203 U.S. Courthouse
        211 19th Street
        Rock Island, IL. 61201

From:   Michael Scally

Subject Letter of Reference- Mr. Christopher Cahill

Date: April 21, 2006

I am writing this letter on behalf of Christopher Cahill. A friend and industry colleague
that I know very well for over twenty years. Chris is a very special person to myself and
may of my industry colleagues. He is a person of high moral fiber, integrity and
character. Chris is a loving husband and father to 4 children. He has always been actively
involved in the community in the many places that he has resided around the world.

 Chris Cahill has always displayed a strong leadership role in all of his positions as he
made his way up the management ladder in the international freight forwarding industry.
Chris has been a mentor to many of his staff over the years resulting in their success in
achieving leadership roles in the international freight forwarding industry.

I can personally vouch for character of Mr. Christopher Cahill as a valued friend and
industry colleague in the past as well as in the future.

Sincerely,

Michael P. Scally
Vice President Airfreight &
Domestic Transportation- Americas

TNT Freight Management Inc

Monday, April 03, 2006

From,

Anila Sonn
P.O.Box 28023,
Dubai
United Arab Emirates.

To,

Judge Michael Mihm,
 203 US Courthouse,
211 19th Street,
Rock Island IL 61201
United States

**Subject : Christopher J Cahill**

Respected Sir,

This has reference to Mr.Chris Cahill, who was the Vice President of my ex-organization.

Chris, has been a very strong support to me in my career building aspect. He has taught me to be firm yet soft in my ways of dealing with individuals when working in an organization. He has been my role model in many ways, especially in being fair to people at any cause, even if it meant being unfair to oneself. He has taught me how to accept my mistakes and move on, not spoiling the present by dwelling in the past.

I have been able to receive firm handshakes from him even when his sickness haunted him, not knowing what the future held for him and his dear ones. He hid the fact about his sickness from his employees in order to ensure that their morale was not affected in any way. When the Tsunami struck, under his versatile leader ship all the employees of my ex-organization gave up a Christmas party and donated the money for a noble cause.

I honestly believe that he is a person with very strong character and good moral values and look up to him.

I pray and hope that "All things will work together for his good".

Yours sincerely,

Anila Sonn

PAPAIAH GOWDA MANJUNATH
Sri Manjunath Nilaya
8 & 9 , Vinayaka layout,2nd stage,
Hebbal Kempapura - coffee board main road,
Bangalore –560 024.
State : Karnataka
Country : India

**The Honorable Judge Michael Mihm,**

203 US Courthouse
211 19th street,
Rock Island, IL 61201

JUNE 09,2006

Your Honor,

I understand that you shall be presiding over the sentencing of the case involving Mr. Christopher Cahill sometime in June 2006. I would be sincerely obliged if you kindly allow me a few minutes of your precious time and let me share with you my personal knowledge and experience with Mr. Cahill as narrated by my husband in this letter below. as narrated by my husband in this letter below.

Quote

"Mr. Chris Cahill was leader of our region, I was working as Asst. Manager –Operations in Bangalore-India and I have been colleague for over 5 years with circle international and thereafter with EGL, when he took over charge of India as the Regional Vice President of Middle East & Indian subcontinent for EGL, There was sudden changes happening on the business with big clients coming to our organization  in which I was serving the important clients in the organization in Bangalore- India   and hence had the opportunity  to  interact on daily basis through email updating the status of  what was happening in the business.

I have memories of Mr. Chris Cahill during his first visit to Bangalore –India as Regional Vice President of Middle East and Indian Sub-continent when he presided over a two day meeting with the EGL-Bangalore team. His Brilliant communication skills and ability to easily mix with people from very different backgrounds and understand their pulse and sentiments, Instantaneously endeared him to all of us. At the end of the meeting, the whole EGL-Bangalore team was convinced that we had a great visionary and down to the earth in person and our future was going to be exiting and fruitful. After knowing in personally he is the best professional and human being.

I must mention that Mr. Chris Cahill was a great leader, straight forward, down to the earth in person, good motivator, good administrator, great visionary & he has touched the lives of many employees of EGL- team in Bangalore and India." **Unquote**

Judge Michael Mihm
203 US Courthouse
211 19th Street
Rock Island IL 61201

Royal Plaza Hotel
Prince Edward Rd West
Kowloon
Hong Kong
28th February 2006

Dear Sir,

It saddened and shocked me to learn of my friend Chris Cahill,s current predicament.

I first met him back in my home country Scotland in the late eighties when we were both working for Circle International who were ultimately acquired by EGL in 2002 and we quickly became both close friends and colleagues.

Chris was a frequent and welcome visitor to Scotland to both customer and colleague alike and took great delight in participating in our company golf days when he was in the region.

His passion for work, his family and of course the game of golf endeared him to us Scots. As his friend,I pray to God that whatever misfortune has befallen upon him be quickly removed in order that he and his family can return to their normal lives once again and I welcome the day when I see his boyish grin gracing our shores .

Yours faithfully

G.C. Kerr

**"In God we trust"**

" God help those who are left alone fighting the hardship of the society "

Friday, June 16, 2006

Kind attention  :       The honourable Judge
                        Michael Mihm,
                        203 US, Courthouse, 211 19th Street, Rock
                        Island IL 61201

                 &

                        To whomsoever if may concern

Your's Respected …

Am writing this letter with an undefeated hope that my loving /caring ally, respected man Mr. Christopher Cahill WILL be blessed with all courage and strength to overcome the ordeal and mental agony he had been undergoing on the recent incidents. I knew Mr. Chris initially as an official key man of EGL Middle east to whom self was communicating with through our India country Manager. But much was understood about him when self had a chance to meet him during his visits to Chennai. He his a perfect human being –

- A man who cared for the well being of his employees, role model for leadership and always lent his kind ears to hear out the problems of the personnel working inside the organization. We still remember how we gathered on the evening of his last visit in Chennai as he wanted to understand the concerns/problems of his team and on the other hand, he whole heartedly thanked the efforts in terms of business and productivity. Not to say, the mix of a mentor and a leader was inborn inside him !

- A man of vision always to say, he worked for the company 24 hours. We have seen through our eyes on emails when he used to still respond to us at a time we all prayed for him so that almighty can assist him to get through his Cancer cure !. As I proclaim again... *GOD DID BLESS HIM .. AND GOD DOES NOT BLESS A PERSON WHO DOES SIN /HIDE AND RUN.*

- A caring parent for his children —— Chris would never forget to share his concerns for his kids and he was always found missing his family and his loving kids. At times he had shared the pains of his when he was on continuous travel on official trips and how his young daughter used to cut a sorry face when he went back home again for vacation. As a responsible father I know what those temporary separation meant !. All I can repeat again his that if a man had much of qualities that had his loving family to lean why not as a society allow him to continue to do so ..afterall, God does not take anything away from us eventhough he makes us to learn by mistakes and we are  wished and blessed to strive to live life further .. **LET CHRIS LIVE HIS LIFE** with his family **PLEASE !**

- Last but not the least, It's a shame on me to be a mute spectator sitting in this corner of the world just to keep praying for Chris & family since **I NEVER KNEW ANYBODY TO GO AFTER OTHER THAN GOD.**  KINDLY show mercy on him. **WE KEEP PRAYING ..**

I sincerely thank your goodselves for all the patience in reading this letter out and **request please take a decision that can save mankind and allow those to live a happy and peaceful life further. I hope you surely will** …

Thanking you,

J. Dharanirajan
Chennai, India

Dated: 20th March 2006

The Honorable Judge Michael Mihm
203 Courthouse
211 19th Street
Rock Island, IL 61201

Dear Sir

I am writing this letter in support of Mr. Cahill.

My association with Mr. Cahill was over a year as our chief of the
Indian Subcontinent. I can honestly confess that this one year was
such a great learning under his leadership and it laid a solid
foundation for my professional career.

He is a Man with immense strength, a man with a vision, a business
genius and most importantly a man with great courage and self
confidence. He single handedly lead our country/region in attaining
such great heights which even now stands as an example for others
to follow.

There are lots and lots of incidents which I remember on my
fingertips, which left great impacton me and our team. He is our
HERO, a Man who made us proud of working for the company, a
man who got us recognition for our work. He stood by each of us and
gave us blind support in achieving our professional goals. I have yet
to find any other professional whom I have worked for with such
charisma, passion and a will to succeed.

I do not know the circumstances which lead to this incident but I
know that Mr. Cahill is certainly not someone who would go against
the system. He always went by the rules and even ensured his team
complies with the same. He is a person of great integrity and pride,

which is why it is hard to believe a man of such great potential can go through such tough times. In this hour of crises we fully stand by him and his family.  I always wish for another chance to work with Mr. Cahill and that is why we sincerely pray that he comes out of this situation even stronger than before and takes charge of his team to lead us in attaining greater professional glories.

Another significant aspect of Mr. Cahill was his compassion for people. Irrespective of a position he would greet and respect every employee and always had words to share & hear them out. His personal touch is the very reason he made numerous admirers.

There is a lot which I can write for Mr. Cahill since I truly believe in him. Like several others I am continuously praying for him and his family and I know Prayers Do Work. Thank you sir for your time in reading my letter.

Best regards

Devashish Dutt

**Sougata Banerjee**

Y-056 Regency Park –II , DLF City Phase – IV , Gurgaon – 122002 , Haryana , India.

---

**The Honorable Judge Michael Mihm,**

203 US Courthouse
211 19th Street
Rock Island, IL 61201

April 17, 2006

Your Honor,

I understand that you shall be presiding over the sentencing of the case involving Mr. Christopher Cahill sometime in May 2006.I would be sincerely obliged if you kindly allow me a few minutes of your precious time and let me share with you my personal knowledge and experience with Mr. Cahill.

Chris ( I call Mr. Cahill by this name ) and I have been colleagues for over a decade with Circle International and thereafter with EGL , but we became very close both professionally and personally from early 2003 when he took over charge of India as the Regional Vice President of Middle East & Indian Sub-Continent for EGL .Professionally , I was directly reporting to him as the Country Manager for EGL/India since February 2003 , and hence had the opportunity to interact very closely with him.

I have vivid memories of the meeting I had with Chris during his first trip to India as Regional Vice President of Middle East and Indian Sub-continent when he presided over a three day meeting with the management team of EGL/India in Chennai, India. His 'film-star' good looks , dazzling charisma , brilliant communication skills , and ability to easily mix with people from very different backgrounds and understand their pulse and sentiments, instantaneously endeared him to all ! At the end of the meeting, the whole EGL/India team  was convinced that we had a great visionary as our leader and our future was going to be exiting and fruitful. From then started a friendship and deep mutual respect between us and I am positive that this shall be intact till we live.

During the time I was directly reporting to Chris professionally ( February 2003 to April 2005 ) , I had the privilege to interact with him over e-mail , and speak with him several times a day , and to repeatedly travel with him to various regions of India and attend several regional and global meetings of EGL together.

Professionally , our relationship was initially rocky -- Chris is a tough task-master and he expects his team members to consistently achieve the high standards he sets for himself. Once he is convinced about a person's ability , he invests all his confidence in that person , gives the person responsibility along with authority , and ensures that he brings out the best in that person. I soon realized that under his astute guidance , I was becoming a better professional and human being with each passing day. This was reflected in the results I was able to achieve as a professional , and I am deeply indebted to Chris for making such a significant contribution to whatever I am today -- professionally and personally. As a consequence of the professional success I was able to achieve through Chris' direct support , all employees of EGL/India ( around 250 of them ) were benefited to great extents along with me -- professionally , financially , and emotionally.

After having spent time I have with Chris , I can vouch for the fact that he is by far the best professional and human being I have ever worked for -- he is a great visionary , an exceptional motivator of people , always direct and straight-forward , and most importantly , very humane -- an ideal role-model. While Chris impressed his colleagues , competitors , and customers with his exuberant flamboyance and ability to succeed and excel consistently, he never forgot to add his signature human touch to whatever he did  , and he has touched the lives of so many employees of EGL/India including myself in a very special way. Even today , when we communicate , he does not forget to enquire after my old father's health.

No description of  Chris Cahill would be complete  without mentioning his  never-say-die attitude and exemplary courage that he  manifests in whatever he does -- whether it is marshalling his troops( employees working for him ) like a fearless general , always leading from the front , even in times of extreme adversity , or fighting a life-threatening disease( ge was afflicted with cancer in August '04) which he has fought  with outstanding will-power , never letting his troops feel the uncertainty and pain he was personally going through.

Since my professional alignment with Chris had brought me very close to him , I have come to know that Chris is a very affectionate and dutiful father and husband. In spite of his busy schedule , he never ever lost any opportunity to connect with them and missed them sorely when his extensive business travel kept him away from home. When Chris did get  the opportunity to spend time with his wife and children , one could not miss the contentment and glow in his countenance! His  wife and children  are equally attached to him and receive emotional nourishment and security through his presence among them.

When I was going through a rough phase of my professional career last year , Chris through his contacts and influence found me a very suitable employment

and thanks to him , I am doing well professionally once again today .Without this support from him , my professional career would have been in ruins and my family on the streets. There is nothing I shall ever be able to do for Chris which would adequately repay this debt. Not only am I personally indebted to him , but so are my parents and my sister's family who are now amongst his most ardent well-wishers.

Lastly , I must mention that Chris always believes strongly is doing what is  right and does not stop short in risking everything for the sake of truth. This was manifested in every action of his and I have seen him in numerous occasions chauvinistically standing by the right and truth, even at the cost of being unpopular with his superiors , peers , and subordinates.

I have seen Chris at the peak of his professional career , and then over the last one year , have seen him fight a life – threatening disease , lose  two lucrative jobs , and be forced by circumstances to move himself and his family from one part of the world to another. This has taken a heavy toll on him and his family and no doubt , his faith in the Almighty has gone through the sternest of tests. Yet , he has had the courage to own up his mistakes ,maintain his sanity , and has not lost his faith.

Your honor , someone like Chris Cahill is an asset to society as he has all the qualities which can positively impact the lives of people around him , and he has demonstrated this time and again in the past.

I humbly pray to your kind self to show him mercy – if you do so , it would go a long way to sustain a loving family , and nourish society in general.

I sincerely thank you for your time and for your kind consideration in favor of Chris Cahill in this case.

Yours faithfully,

Sougata Banerjee

Bhavna Matharu
18, Sangam Apartments,
Paschim Vihar,
New Delhi,
India.

21st April, 2006

**To Whom It May Concern**

I am writing this letter in support of Mr. Christopher J Cahill.

I met Chris Cahill in the year 2003 when he was appointed the VP of MEI Region and India was structures to report directly into him. Chris mentored India under his great leadership style and worked passionately toward building a team. I have known him as a very focused and determined person. Have seen him fight all odds in terms of his health and come out even a more determined professional as well as an individual. His dedication and devotion towards his family is unmatched and even in his professional interaction he always treated his juniors, peer group and seniors as his family.

Chris strongly believes in family values and has strong faith in God. Would request the court to show mercy on Chris as he is a person whose soul is pure and intact.

Yours sincerely,

Bhavna Matharu

Shane Edwin Ravel

Jas Forwarding Worldwide Pvt. Ltd.,
IInd Floor , 'A' Wing , Commercial Complex , Radisson Hotel, National Highway - 8 .
New Delhi - 110037, India.

April 26, 2006

To Whom It May Concern:

I write to you from a different corner of the world & I am writing this letter in support of Chris
Cahill . If you are willing to spare me few minutes of your time I would like to share with you
my experience with Mr. Cahil .

Mr. Cahil  has an excellent reputation in the Logistics Industry and  I have worked with him for
01 years in Eagle Global Logistics.

I don't know all the details of the transgressions involved in this trial but Mr . Cahil's
predicament has shocked me & my family . I know him as am honest man , great leader and
professional under whose guidance our company had reached great heights which helped us
reach important professional milestones ourselves.

For the sake of his family & himself I respectfully ask the court to show him mercy .

Very truly yours .

Shane Ravel .

Shane Edwin Ravel

Dated. 26th April. 2006

The Honourable Judge Michael Mihm
203 US Court House
211 19th Street
Rock Island, IL 61201

Your Honour

I met Mr.Christopher Cahill who we very fondly call Chris in early 2002 when he
was given the role of Regional Vice President Middle East + India

During the very first meeting he left a lasting impression on the minds of all and
most definitely on me.  His charisma, attitude, confidence and self belief were
standing tall and at the end of the meeting I was in total awe of this person.

I had the privilege of meeting him several times and was in touch with him on the
professional front.  The more I interacted with him the impact on me was even
stronger.   Not only is he a charismatic leader but a great visionary and a peoples
man.  He led from the front and took the company to soaring heights. He gave his
team responsibility along with authority which made people down the line blossom
in their careers.  When I do a self evaluation I find the contribution of Chris to be
immense in making me a better, confident and positive leader which has reflected in
the way I have managed my professional as well as personal life.  He was a tuff task
master but was always there to support you in times of need.  He has become a role
model for me and every interaction with him has been inspirational.  I am amazed at
the way he can energize and motivate people and astonished to see the strength and
conviction that he displays even at the most difficult time.  He is a fighter and the
saying "when the situation gets tough the tough gets going has been exhibited in an
exemplary fashion by Chris.  Even though he has been suffering from cancer –never
has he shown any signs of weakness or depression just because he does not want the
people around him to get demoralized.

He is not only a great professional but a wonderful and genuine human being.  His
love for his team and family is boundless.  His caring and helping nature makes him
a very popular person.

I am truly indebted  to him in transforming my attitude and approach towards work
and life in general.  I sincerely pray to you to kindly pardon him since a person like
him can do a lot of good to people & society.

Thanking you,

Amir Hossain
44A, Syed Amir Ali Avenue
Kolkata- 700 017.

The Honorable Judge Michael Mihm                    Date: 27th April,2006
203, US Courthouse,
211, 19th street
Rock Island, IL. 61201

Your Honor,

I met Chris Cahill at our Mumbai (earlier Bombay) office when I was employed with Eagle Global Legistics an American Multinational Freight Forwarding Company as a Sales Executive and he was the Regional Vice President for many countries including India . During his trips to India he used to visit our Mumbai office. I remember the first time I met him in our conference room. Chris spoke about his role as the RVP and his keenness to develop the Indian Market.

I was a bit apprehensive then as I had seen a lot of them talk and not really walk the talk...

It was our a first major Import project from US into India with a large Indian Company and we had some hiccups in handling the business. The lack of confidence exhibited by our US counterparts each time was the only reason I could think of at that time. I used to spend a lot of time in office as long as 2-3 am in the office due to our time differences along with my seniors communicating with our US offices back and forth time and again but all in vain. Then one day I saw Chris email from his office in Dubai to his ex colleagues in the US asking them to be of more assistance to his team members and from that day life became a lot easier.

I saw a leader taking completing charge of his territory and assisting his fellow teammates in the business development of his region.

I need to also point out the fact that I have never seen an Individual respond to an email in the press of a button . His messages were to the point and precise and it did talk a lot about the individual. The best thing I like about Chris was his sheer confidence and a never say die attitude.

I personally have benefited by working under his leadership although it wasn't directly effecting my working environment.

I have witnessed a dramatic change during his leader ship compared to what it used to be without Chris.

Chris Cahill to me would always be thorough Gentlemen and I am in awe of his leadership.

I do not know much about his family, but I am confident of the fact that good work begins at home. A happy man exuberates happiness to the society, hence a good man at office & at home is definitely a great person to the society.

I wish him all the very best.

Thanks & regards,

Sair T. Doongar

**KC Sandeep**

#446, Annasandrapalya, 9th Cross, Vimanapura, HAL Post, Bangalore 560017 India.

---

**The Honorable Judge Michael Mihm,**

203 US Courthouse
211 19th Street
Rock Island, IL 61201

June 01, 2006

Your Honor,

I understand that you shall be presiding over the sentencing of the case involving Mr. Christopher Cahill sometime in June 2006. I would request you to kindly spare a few minutes from your valuable time to read this letter.

Mr. Chris, as we as officially and personally address him, is known to me for over 6 years during the course of my tenure with EGL in India. Though I was reporting to the Country Manager within the capacity of Branch Manager at Bangalore, Chris and I have had very close interactions over business matters and personal concerns over the years. Chris was a great leader who took over as Vice President of our region in 2003. Chris is a superb human being and he was an inspiration for the entire team in India to grow the company and achieve excellent results. We did see EGL soaring high with great numbers during his leadership, resulting in recognition of Indian business opportunities with our counterparts in the United States.

In view of the above factors about Chris who excels in his professional talent and man management, Chris would contribute immensely and support the fraternity he works for, to achieve the best results and demonstrate that great sense of ownership and ability to manage business any where around the world. He is a true leader with the best business ethics and values. We request your kind consideration.

Your honor, I humbly pray to your kind self to show him mercy that would help sustain a loving family and save a wonderful human being who would continue to contribute his time and skills for the society.

I sincerely thank you for your time and for your kind consideration in favor of Mr. Christopher Cahill in this case.

Yours faithfully,

KC Sandeep

**Beena Sandeep**

#446, Annasandrapaiya, 9th Cross, Vimanapura, HAL Post, Bangalore 560017 India.

---

**The Honorable Judge Michael Mihm,**

203 US Courthouse
211 19th Street
Rock Island, IL 61201

June 01, 2006

Your Honor,

I understand that you shall be presiding over the sentencing of the case involving Mr. Christopher Cahill sometime in June 2006. I would request you to kindly spare a few minutes from your valuable time to read this letter in the words of my husband, which is narrated below.

Quote

"Mr. Chris, as we officially and personally address him, is known to me for over 6 years during the course of my tenure with EGL in India. Though I was reporting to the Country Manager within the capacity of Branch Manager at Bangalore, Chris and I have had very close interactions over business matters and personal concerns over the years. Chris was a great leader who took over as Vice President of our region in 2003. Chris is a superb human being and he was an inspiration for the entire team in India to grow the company and achieve excellent results. We did see EGL soaring high with great numbers during his leadership, resulting in recognition of Indian business opportunities with our counterparts in the United States.

In view of the above factors about Chris who excels in his professional talent and man management, Chris would contribute immensely and support the fraternity he works for, to achieve the best results and demonstrate that great sense of ownership and ability to manage business any where around the world. He is a true leader with the best business ethics and values. We request your kind consideration.

Your honor, I humbly pray to your kind self to show him mercy that would help sustain a loving family and save a wonderful human being who would continue to contribute his time and skills for the society.

I sincerely thank you for your time and for your kind consideration in favor of Mr. Christopher Cahill in this case." Unquote

Yours faithfully,

Beena Sandeep

K. Muthuganesh

No.67/A 2nd Cross, Sathya Nagar, MS Nagar Post Bangalore –560 033, India

---

**The Honorable Judge Michael Mihm,**

203 US Courthouse
211 19th street,
Rock Island, IL 61201

JUNE 09,2006

Your Honor,

I understand that you shall be presiding over the sentencing of the case involving Mr. Christopher Cahill in June 2006. I would be sincerely obliged if you kindly allow me a few minutes of your precious time and let me share with you my personal knowledge and experience with Mr. Cahill.

I was working as Asst. Manager – Air Exports in Bangalore-India with EGL and I have known Mr. Christopher Cahill for over 5 years when he took over charge of India as the Regional Vice President of Middle East & Indian subcontinent for EGL.

I have memories of Mr. Chris Cahill during his first visit to Bangalore –India as Regional Vice President of Middle East and Indian Sub-continent when he presided over a two day meeting with the EGL-Bangalore team. His Brilliant communication skills and ability to easily mix with people from very different backgrounds and understand their pulse and sentiments, instantaneously endeared him to all of us. At the end of the meeting, the whole EGL-Bangalore team was convinced that we had a great visionary and down to the earth in person and our future was going to be exiting and fruitful. After knowing in personally he is the best professional and human being.

I must mention that Mr. Chris Cahill was a great leader, straight forward, down to the earth in person, good motivator, good administrator, great visionary & he has touched the lives of many employees of EGL- team in Bangalore and India.

Your honor, Mr. Chris Cahill is an asset to society as he has all the qualities which can positively impact to the many lives of people around the world which he has demonstrated this time and again in the past.

I humbly pray to your kind self to show him mercy – if you do so, it would go a long way to sustain a loving family and nourish society in general.

I sincerely thank you for your precious time and for your kind consideration in favor of Mr. Chris Cahill in this case.

Yours faithfully,

K Muthuganesh

B Renukaradhya

No.4, Govind Reddy Lane, 1st Cross, 1st Main, LBS Nagar, Bangalore –560 017, India

**The Honorable Judge Michael Mihm,**

203 US Courthouse
211 19th street,
Rock Island, IL 61201

JUNE 09,2006

Your Honor,

I understand that you shall be presiding over the sentencing of the case involving Mr. Christopher Cahill sometime in June 2006. I would be sincerely obliged if you kindly allow me a few minutes of your precious time and let me share with you my personal knowledge and experience with Mr. Cahill.

I was working as Sr. Executive – Imports in Bangalore-India with EGL and I have known Mr. Christopher Cahill for over 3 years when he took over charge of India as the Regional Vice President of Middle East & Indian subcontinent for EGL.

I have memories of Mr. Chris Cahill during his first visit to Bangalore –India as Regional Vice President of Middle East and Indian Sub-continent when he presided over a two day meeting with the EGL-Bangalore team. His Brilliant communication skills and ability to easily mix with people from very different backgrounds and understand their pulse and sentiments, instantaneously endeared him to all of us. At the end of the meeting, the whole EGL-Bangalore team was convinced that we had a great visionary and down to the earth in person and our future was going to be exiting and fruitful. After knowing in personally he is the best professional and human being.

I must mention that Mr. Chris Cahill was a great leader, straight forward, down to the earth in person, good motivator, good administrator, great visionary & he has touched the lives of many employees of EGL- team in Bangalore and India.

**Your honor, Someone like Mr. Chris Cahill is an asset to society as he has all the qualities which can positively impact to the many lives of people around the world which he has demonstrated this time and again in the past.**

I humbly pray to your kind self to show him mercy – if you do so, it would go a long way to sustain a loving family and nourish society in general.

I sincerely thank you for your precious time and for your kind consideration in favor of Mr. Chris Cahill in this case.

Yours faithfully,

B.Renukaradhya

Date: 22.03.2006
Judge Michael Mihm
203 US Courthouse
211 19th Street
Rock Island, IL 61201

Your Honor,

Please accept this letter of support for Chris Cahill. I met Chris professionally two years ago in Dubai. We worked together on a joint venture between our two companies to bid on a project that involved moving an array of assets in and out of Iraq. This was a dangerous period and moving assets in and out of Iraq by convoy was a dangerous business. Chris's company had been involved in this business for an extended period and Chris did not shrink from the danger or the responsibility. His concern for his employees' safety was always paramount and he would not ask of his employees anything that he was not willing to do himself. Chris spent much time in the region ensuring that everything possible was being done to deliver cargo safely. I found Chris to be very ethical in all his dealings and very willing to accept responsibility in a very tough business. Chris performed in a professional manner and embodied the key trait of a good leader—always selflessly looking out for the good of his employees.

Respectfully,

John Siebert
Vice President
Operations
DynCorp International
971-4-391-0559 (W)
971-50-559-7856 mobile
John.Siebert@Dyn-Intl.com

Your honor, Someone like Mr. Chris Cahill is an asset to society as he has all the qualities which can positively impact to the many lives of people around the world which he has demonstrated this time and again in the past.

I humbly pray to your kind self to show him mercy – if you do so, it would go a long way to sustain a loving family and nourish society in general.

I sincerely thank you for your precious time and for your kind consideration in favor of Mr. Chris Cahill in this case.

Yours faithfully,

Papaiah Gowda Manjunath

The Honorable Judge Michael Mihm                    Date: 10th June 2006
203, US Courthouse,
211, 19th street
Rock Island, IL. 61201

Your Honor,

I am Sajan T.Thomas brother of Saji T Thomas who used to work with Eagle Global Logistics during
Mr. Cahill tenure with Eagle Global Logistics.

I have heard my brother discussing most of the times over dinner about Mr. Cahill and his active support
in the business development of the country.

Eagle Global Logistics happened to be a new company in India after the take over of Circle Freight in
the year 1999 and driving the company to such great heights in such a short span speaks a lot about this
man.

I wish him and his family members all the very best.

Thanks & regards,

Sajan T Thomas

Dated. 17.04.06

The Honourable Judge Michael Mihm
203 US Court House
211 19th Street
Rock Island, IL. 61201

Respected Sir,

I have not had the privilege to meet Mr. Christopher Cahill  but I have heard a lot about him from
my mother who has been inspired tremendously by him.  From what I have heard he seems to be
a wonderful person and a very caring father.

I have seen a distinct change in my mother's attitude in her work as well as in the house front.
She has become more positive, patient and calm  in handling any situation which helps her to
continuously improve.  She is always very confident and motivated which has helped her to
achieve better results in whatever she does.  She attributes this change largely because she has
been influenced by her colleagues who have spread the positives of Mr. Cahill.

I pray a wish him the very best in life

Sheena Guha

Dated. 17.04.06

The Honourable Judge Michael Mihm
203 US Court House
211 19th Street
Rock Island IL 61201.

Your Honour,

I have heard about Mr.Christopher Cahill from my son Amir Hossain who has the privilege of working with him..

Even since he met Chris he seems to be a completely changed person. He keeps talking to us about Chris's various qualities and how much he has been able to learn from him. I have noticed that he is doing pretty well at his work and is a much more successful person now. Even at home his temperament and attitude has changed.

It makes me very happy and relaxed to see this transformation in him and I thank Chris for all his contribution.

I wish him the very best and may god bless him.

Fatema Hossain
Fatema Hossain