Monday, April 03, 2006

From,

Anila Sonn
P.O.Box 28023,
Dubai
United Arab Emirates.

To,

Judge Michael Mihm,
 203 US Courthouse,
211 19th Street,
Rock Island IL 61201
United States

**FILED**

AUG 3 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



**Subject : Christopher J Cahill**

Respected Sir,

This has reference to Mr.Chris Cahill, who was the Vice President of my ex-organization.

Chris, has been a very strong support to me in my career building aspect. He has taught me to be firm yet soft in my ways of dealing with individuals when working in an organization. He has been my role model in many ways, especially in being fair to people at any cause, even if it meant being unfair to oneself. He has taught me how to accept my mistakes and move on, not spoiling the present by dwelling in the past.

I have been able to receive firm handshakes from him even when his sickness haunted him, not knowing what the future held for him and his dear ones. He hid the fact about his sickness from his employees in order to ensure that their morale was not affected in any way. When the Tsunami struck, under his versatile leader ship all the employees of my ex-organization gave up a Christmas party and donated the money for a noble cause.

I honestly believe that he is a person with very strong character and good moral values and look up to him.

I pray and hope that "All things will work together for his good".

Yours sincerely,

Anila Sonn

March 12, 2006

Judge Michael Mihm
203 US Courthouse
211 19th Street
Rock Island, IL 61201

Dear Judge Mihm,

I am writing this letter on behalf of Chris Cahill.

My association with Mr. Cahill began as casual conversation at our golf club. I got to know him better through my son, Jason, who had pick-up golf games with Chris when our son visited us on weekends when he came home from college. Our son was always impressed with Chris' athleticism, good nature, and straight forwardness.

Upon Jason's graduation from college, Chris recruited him to work with Circle International in their management training program. As a result of Chris's supervision and support, Jason excelled in the company and was given opportunities to work in Brazil. As parents, we were uncomfortable with the prospect of our son working in Brazil, but it was the support that Chris had given him while at Circle that made us somewhat more comfortable with Jason in this new position. Chris had been a role model and a great mentor for Jason. When Jason chose a new career, Chris was very supportive of Jason's decision and remained a very good friend after ending their working relationship. Not only was Chris a great upper echelon boss for Jason, but became a good friend as well.

Chris has always been an outstanding man with good family values, someone that others can look up to. You can always count on him. He is well respected and liked and someone people always enjoy being around. People always speak positively about him.

The current circumstances will not change the man that Chris is. He will continue to be the good family man, and caring friend that he has always been.

Best regards,

David P. Williams

Cc: Ed Chernoff