IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) COURT NO.   06-40004-001 |
| v. | ) |
| | ) |
| CHRISTOPHER JOSEPH CAHILL, | ) |
| | ) |
| Defendant. | ) |

## SATISFACTION OF MONETARY JUDGMENT

The Monetary Judgment in the above-entitled case has been paid in full, therefore the Clerk of the United States District Court for the Central District of Illinois is authorized and empowered to satisfy and cancel the Judgment of record.

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

DATE: September 22, 2006

        s/Elizabeth L. Collins
By:  Elizabeth L. Collins, Bar No. 487864
      Attorney for Plaintiff
      United States Attorney's Office
      318 S. 6th Street
      Springfield, Illinois 62701
      Tel: 217-492-4450
      Fax: 217-492-4888
      E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **SATISFACTION OF JUDGMENT** has this September 22, 2006, been mailed to the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

>Christopher Joseph Cahill
>c/o Edward Chernoff, Esq.
>1018 Preston, Suite 200
>Houston, TX 77002

By:
s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-Mail: Beth.Collins@usdoj.gov