E-FILED
Friday, 12 October, 2007  03:22:15 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | WRIT OF HABEAS CORPUS |
|     Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 06-40004** |
| Christopher J. Cahill | ) | |
|     Defendant | ) | |

**TO: THE WARDEN of** CI Taft at Taft CA.

     **WE COMMAND** that you produce the body of **Christopher J. Cahill**, Register No. **13695-026**, who is in your custody at CI Taft before the United States District Court on **Friday, 11/2/07 at 11:30 (CST)** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.  At the termination of said hearing you may return him to his current regular assignment.

     **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: 10/12/07

                                 JOHN M. WATERS, CLERK
                                 UNITED STATES DISTRICT COURT
                                    S/Denise Koester
                             BY: _____
                                    Deputy Clerk