CD/IL PROB 12B
(Rev. 3/99)

**FILED** E-FILED
Friday, 18 January, 2008 03:43:06 PM
Clerk, U.S. District Court, ILCD

JAN 18 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court
for
CENTRAL DISTRICT OF ILLINOIS

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Christopher Joseph Cahill<br>Taft Correctional Institute<br>1<br>Taft, CA 93268 | **CASE NUMBER:** 06-40004 |
| **SENTENCING JUDICIAL OFFICER:** | Honorable Michael M. Mihm<br>U.S. District Judge | |
| **DATE OF ORIGINAL SENTENCE:** | 08/27/07 | |
| **ORIGINAL OFFENSE:** | Major Fraud Against the United States | |
| **ORIGINAL SENTENCE:** | 24 months custody to be followed by a 2-year term of supervised release. Special conditions of supervision include: 1) no possession of firearms, ammunition or other dangerous weapons; 2) provide access to financial documents to probation officer; and, 3) no new line of credit over $250 without consent of probation officer. | |
| **TYPE OF SUPERVISION:** | Supervised Release | |
| **DATE SUPERVISION TO COMMENCE:** | 06/28/08 | |

### PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total term of   years.
[X]   To modify the conditions of supervision as follows:

Special Condition No.4. You shall submit to the search of your person, property, residence, or automobile under your control by the Probation Officer, or any other authorized person under the immediate control and personal supervision of the probation officer, without a search warrant to ensure compliance with all conditions of release.

### CAUSE

Offender Cahill has requested that he be released to the District of Nevada following his release from the Bureau of Prisons later this year. The District of Nevada has completed a prerelease investigation and has accepted offender Cahill for supervision in their district provided the conditions of release are modified to include the above search condition. Offender Cahill executed a waiver of hearing to modify conditions and agrees to this condition being included.

Respectfully submitted,

S/Kerry Walsh
Kerry P. Walsh
U.S. Probation Officer
Date: January 16, 2008

KPW/cv

Re: Christopher Joseph Cahill

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[X] Other

S/Michael M. Mihm

HONORABLE MICHAEL M. MIHM
U.S. District Judge
Date: 1/18/08

PROB 49
(3-89)

CAHILL
# 13695-026

# UNITED STATES DISTRICT COURT

## District of Central Illinois

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Warrantless Search** - You shall submit to the search of your person, property, residence, or automobile under your control by the Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant to ensure compliance with all conditions of release.

Witness  S/M. Oliver  CSW
U.S. Probation Officer

Signed  S/Christopher Cahill
Probationer or Supervised Releasee

11-29-07
Date