IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ' |
| VS. | ' CASE NO. H-06-40004 |
| CHRISTOPHER JOSEPH CAHILL | ' |

### UNOPPOSED MOTION TO AMEND DEFENDANT'S CONDITIONS OF SUPERVISED RELEASE

TO THE HONORABLE JUDGE OF SAID COURT:

**CHRISTOPHER CAHILL**, the Defendant in the above entitled and numbered cause by and through his attorney of record, Edward M. Chernoff, respectfully requests that the Court amend his conditions of supervised release to allow Mr. Cahill to take employment, live in Houston, Texas and be permitted to travel overseas as his work requires.

I.

Christopher Cahill was sentenced to 30 months by the Honorable Judge Michael Mihm on August 30, 2006. He served his sentence. Currently he is living in Las Vegas, Nevada and fulfilling the conditions of his supervised release. Mr. Cahill has been looking for a job since his release from prison and has now been offered employment as a full time consultant for Kongsberg Intellifield LLC. (Attached as Exhibit "A" is a copy of the employment agreement between Kongsberg and Mr. Cahill)

II.

Kongsberg Intellifield LLC requires Mr. Cahill to be based at their headquarters in

Houston, Texas. Further, the company expects Mr. Cahill to be available to travel throughout the world as a condition of employment.

III.

Defense counsel has conferred with Kerry Walsh, U.S. Probation Officer, Rock Island, Illinois, regarding Mr. Cahill's travel. He has no opposition to this motion.

IV.

Defense counsel has conferred with Jeffrey Lang, the Assistant United States Attorney assigned to this case. He has no opposition to this Motion for Amendment of Judgment and Sentence and agrees it would be in the best interest of justice.

Therefore, Defendant respectfully requests that this Honorable Court amend the conditions of his Supervised Release, allow him to live in and be supervised in Houston, Texas or one of its surrounding suburbs, and travel as his work requires.

Respectfully submitted,

_____/s/_____
Edward M. Chernoff
1018 Preston, Suite 200
Houston Texas 77002
(713) 222-9141
(713) 236-1886 Fax
SBN 04175730
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I certify that I have discussed the foregoing Motion with counsel for the government and have been advised that counsel is in agreement with the relief requested.

/s/
Edward M. Chernoff

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Amendment of Judgment and Sentence was mailed and emailed to Assistant United States Jeffrey Lang on this the 17th day of June 2008.

/s/
Edward M. Chernoff

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

UNITED STATES OF AMERICA '
'
VS. '   CASE NO. H-06-40004
'
CHRISTOPHER JOSEPH CAHILL '

## ORDER ON UNOPPOSSED MOTION TO AMEND DEFENDANT'S CONDITIONS OF SUPERVISED RELEASE

The foregoing Motion for Amendment of Defendant's Conditions of Supervised Release was presented to the Court on this the _____ day of _____, 2008, and the Court, after considering same, is of the opinion that said motion should be granted; therefore, the Court grants Defendant's Motion To Amend Defendant's Conditions of Supervised Release. Defendant will be permitted to live and work in Houston, Texas. His supervised release will be transferred and administered in Houston, Texas.

The defendant may travel outside the United States for employment purposes without further approval from the court. Any travel outside the United States is to be approved by the supervising probation office consistent with the policies of the supervising office including, but not limited to, timely notification of travel and itinerary. No travel outside the United States is to be allowed if the defendant is not in compliance with any other condition of supervision.

Signed and entered this _____ day of _____, 2008.

_____
JUDGE MICHAEL M. MIHM