## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-40004 |
| | ) | |
| CHRISTOPHER JOSEPH CAHILL | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

On June 17, 2008 Defendant filed an Unopposed Motion to Amend Defendant's Conditions of Supervised Release [#37]. After considering same the Court is of the opinion that said motion should be granted; therefore, the Court grants Defendant's Motion to Amend Defendant's Conditions of Supervised Release.

The Defendant may travel outside the United States for employment purposes without further approval from the Court. Any travel outside the United States is to be approved by the supervising probation office consistent with the policies of the supervising office including, but not limited to, timely notification of travel and itinerary. No travel outside the United States is to be allowed if the Defendant is not in compliance with any other condition of supervision.

Entered this 19th day of June, 2008.

s/ Michael M. Mihm
MICHAEL M. MIHM
U.S. DISTRICT JUDGE